# United States District Court
# Central District of California

| | |
|---|---|
| DEBORAH HYDE, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY; DOES 1–100, inclusive, <br><br> Defendants, | Case No. 2:14-cv-05718-ODW(JCx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the parties' Notice of Settlement (ECF No. 14), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Tuesday, September 30, 2014** why settlement has not been finalized.  No hearing will be held.  This Order to Show Cause will be discharged upon the filing of a stipulation to dismiss.

**IT IS SO ORDERED.**

August 28, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**